Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-50170 MSS  
**Case Name:** VEITS, DOUGLAS MICHAEL  
VEITS, COLLEEN JANE  
**Period Ending:** 12/31/13

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE  
**Filed (f) or Converted (c):** 01/24/13 (f)  
**§341(a) Meeting Date:** 03/12/13  
**Claims Bar Date:** 09/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | home located at 8598 Center St, Garrettsville, O | 119,600.00 | 0.00 | | 0.00 | FA |
| 2 | Middlefield Bank 2 checking accounts | 400.00 | 0.00 | | 0.00 | FA |
| 3 | household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Hearth & Home Fireplace Shoppe, Inc an Ohio Subc | 36,458.78 | 0.00 | | 0.00 | FA |
| 6 | Have Brush Will Travel, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2000 Isuzu truck | 6,000.00 | 1.00 | | 0.00 | 1.00 |
| 8 | 1997 Cadillac Seville | 1,665.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Ford Edge | 10,976.00 | 0.00 | | 0.00 | FA |
| 10 | tools of trade | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 Assets | Totals (Excluding unknown values) | $182,499.78 | $1.00 | | $0.00 | $1.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO AUCTION DEBTOR'S 2000 ISUZU TRUCK.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** May 31, 2014

Printed: 01/23/2014 03:58 PM  V.13.14